463 A.2d 31

Commonwealth v. Marshall a/k/a Cooper, Appellant.

Submitted November 3, 1982. Barry H. Oxenburg, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

Order affirmed.